UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL DIAZ and NELSON ESTRADA, *on behalf of themselves and all others similarly situated*,

        Plaintiffs,

– against –

NEW LINE STRUCTURES INC., P.R.C. CONTRACTING INC., *and* DARRYL S. PRICE,

        Defendants.

**ORDER**

21 Civ. 6898 (ER)

RAMOS, D.J.:

    The Court having been advised that the parties have reached agreement on all issues after mediation, the parties are hereby directed to submit their agreement for approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) by no later than October 6, 2022.

It is SO ORDERED.

Dated:   September 6, 2022
           New York, New York

                                                  Edgardo Ramos, U.S.D.J.