UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
DANIEL DIAZ and NELSON ESTRADA, on behalf :
of themselves and all others similarly situated,   :
:
                            Plaintiffs,      :      **21 Civ. 6898 (ER)(BCM)**
:
      -against-                    :
:
NEW LINE STRUCTURES INC., P.R.C.        :      **JUDGMENT**
CONTRACTING INC., and DARRYL S. PRICE, :
:
                            Defendants.   :
------------------------------------------------------------------- X

The Court orders that:

Plaintiffs Daniel Diaz and Nelson Estrada and Opt-In Plaintiffs Messiah Sosa, Janiel Smith, Denise Dantzler, Cordell Tucker, Dominique Washington, and Ubeeka Borden recover from Defendants P.R.C. Contracting Inc. and Darryl S. Price, jointly and severally, the total amount of one hundred fifty thousand dollars and zero cents ($150,000.00), inclusive of attorneys' fees and costs, as set forth in the accepted offer of judgment (ECF No. 42).

Dated:  New York, New York
          __September 19__, 2022

                                                        _____
                                                        **Hon. Edgardo Ramos**
                                                     United States District Judge
                                                     Southern District of New York