UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL DIAZ and NELSON ESTRADA, *on behalf of themselves and all others similarly situated*,

                Plaintiffs,

– against –

NEW LINE STRUCTURES INC., P.R.C. CONTRACTING INC., and DARRYL S. PRICE,

                Defendants.

**ORDER**

21-cv-06898 (ER)

RAMOS, D.J.:

    This case was resolved when Plaintiffs accepted an offer of judgment from defendants P.R.C. Contracting Inc. and Darryl S. Price pursuant to Federal Rule of Civil Procedure 68. Doc. 42. The Court entered judgment, and P.R.C. Contracting and Price were terminated as parties. Doc. 44.

    The offer of judgment provides that the judgment is "in full and final resolution of all of Plaintiffs' claims against Defendants, Defendant New Line Structures Inc. (a.k.a. New Line Structures & Development, LLC), and We Prevail Management, LLC." Doc. 42 at 3. Accordingly, the Clerk of Court is respectfully directed to terminate New Line Structures as a party and to close the case.

It is SO ORDERED.

Dated:   October 2, 2024
            New York, New York

                                                EDGARDO RAMOS, U.S.D.J.